

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00228-CR

WILFORD NATHANIEL PETERSON, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 10th District Court of Galveston County.  (Tr. Ct. No. 12CR2766).

This case is an appeal from the final judgment signed by the trial court on February 19, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 28, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Justice Brown.